**Carol GRAY**

v.

**Eric GRAHAM, M.D.**

2014–CT–00069–COA

Supreme Court of Mississippi.

Filed: 08/08/2016

Closed: 11/17/2016

Motion Desc: Petition for Writ of Certiorari

Certiorari—Denied

**Dillon WILLIAMS**

v.

**STATE of Mississippi**

2014–CT–01170–SCT

Supreme Court of Mississippi.

Filed: 08/23/2016

Closed: 11/17/2016

Motion Desc: Appellant Williams Petition for Writ of Cert to the Mississippi Supreme Court

Certiorari—Granted

**Jeycob ENGLAND**

v.

**STATE of Mississippi**

2014–CT–00048–SCT

Supreme Court of Mississippi.

Filed: 08/16/2016

Closed: 11/17/2016

Motion Desc: Petition for a Writ of Certiorari Pursuant to M.R.A.P. 17

Certiorari—Granted

**Elliot JACKSON**

v.

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**

2014–CT–00449–COA

Supreme Court of Mississippi.

Filed: 08/23/2016

Closed: 11/17/2016

Motion Desc: Appellants Petition for Certiorari

Certiorari—Denied